NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellee,*

v.

**MYLAN PHARMACEUTICALS INC.**
**AND MYLAN INC.,**
*Defendants-Appellants.*

---

2011-1203

---

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-5042, Judge Peter G. Sheridan.

---

## ON MOTION

---

## ORDER

Mylan Pharmaceuticals Inc. and Mylan Inc. move to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

**DEC 0 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Nicholas N. Kallas, Esq.
Larry L. Shatzer, Esq.

s21

Issued As A Mandate:  **DEC 0 6 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 6 2011**

**JAN HORBALY**
**CLERK**